AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Arizona

Kirankumar Tammireddy

*Plaintiff(s)*

v.

Digital Federal Credit Union and TransUnion, LLC

*Defendant(s)*

Civil Action No. CV-23-02329-PHX-DLR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Digital Federal Credit Union
220 Donald Lynch Blvd
Marlborough, MA 01752

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Michael D. Adams
McCarthy Law PLC
4250 N. Drinkwater Blvd. Ste. 320
Scottsdale, AZ 85251

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

_____
*Signature*

ISSUED ON 3:19 pm, Nov 07, 2023

s/ Debra D. Lucas, Clerk

## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Arizona

Case Number: CV-23-02329-PHX-DLR

Plaintiff:
**Kirankumar Tammireddy**
vs.
Defendants:
**Digital Federal Credit Union and TransUnion, LLC**

For: McCarthy Law PLC

Received by Front Range Legal Process Service, Inc. on the 28th day of November, 2023 at 3:04 pm to be served on **Digital Federal Credit Union, 220 Donald Lynch Blvd, Marlborough, MA 01752**. I, _KEVIN KOHLER_, do hereby affirm that on the _5_ day of _DECEMBER_ 20_23_ at _1:01_ p.m., executed service by delivering a true copy of the **Summons; Civil Cover Sheet; Order; Notice of Magistrate Availability; Complaint** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.
(✓) CORPORATE SERVICE: By serving _BRIA MONETTE_ as _CLERK_
( ) POSTING _____

(✓) DESCRIPTION ) Age _30_ Sex _F_ Race _WHITE_ Height _5'5"_ Weight _150_ Hair _BROWN_ Glasses _N_

( ) OTHER SERVICE: As described in the Comments below by

**COMMENTS:** _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

_Kevin Kohler_

PROCESS SERVER # _N/A_
Appointed in accordance with State Statutes

Front Range Legal Process Service, Inc.
145 W. Swallow Road
Fort Collins, CO 80525
(888) 387-3783

Our Job Serial Number: 2023011092

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2k