Kevin Fallon McCarthy (#011017)
Jacob W. Hippensteel (#032713)
Michael D. Adams (#035190)
Michael.adams@mccarthylawyer.com
McCarthy Law PLC
4250 N. Drinkwater Blvd., Ste. 320
Scottsdale, Arizona 85251
Phone: 602-456-8900
Fax: 602-218-4447
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Kirankumar Tammireddy, | Case No.: 2:23-cv-02329-DLR |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT AS TO DEFENDANT TRANSUNION, LLC** |
| Digital Federal Credit Union and TransUnion, LLC. | |
| Defendants. | |

Plaintiff, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with Defendant TransUnion, LLC ("TransUnion"). Plaintiff and TransUnion are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against TransUnion will be finalized within the next sixty (60) days.

Dated: January 23, 2024

/s/ Michael D. Adams
Michael D. Adams
McCarthy Law, PLC

4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ 85251
Telephone: (602) 456-8900
Fax: (602) 218-4447
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

/s/*Michael D. Adams*